*Richard F. Jacobson,* assistant state's attorney, in opposition.

Decided July 10, 1995

STATE OF CONNECTICUT *v.* MARVIE BRYE

The defendant's petition for certification for appeal from the Appellate Court, 37 Conn. App. 914 (AC 13254), is granted, limited to the following issue:

''Was the Appellate Court correct in holding that the trial court did not abuse its discretion in failing to order

a new trial when during jury deliberations several jurors made allegedly improper remarks about the defendant who is African-American?''

The Supreme Court docket number is SC 15296.

*Richard M. Marano,* special public defender, in support of the petition.

*Leah Hawley,* assistant state's attorney, in opposition.

Decided July 10, 1995